AO 91 (Rev. 02/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

APR 3 0 2015

**Clerk of Court**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Saul LICEA    US    YOB 1995 | ) | Case No. M-15-0686-M |
| | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __04/29/2015__ in the county of _____Hidalgo_____ in the _____Southern_____ District of

_____Texas_____ , the defendant violated _____21_____ U. S. C. § __841 and 846__

, an offense described as follows:

knowingly and intentionally possess with intent to distribute over 5 kilograms or more, that is approximately 19.92 kilograms of Cocaine, and did conspire to possess with intent to distribute over 5 kilograms or more of Cocaine, a schedule II controlled substance.

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

*Approved* Joseph Leonard

_____
*Complainant's signature*

Nathan Stoltz, HSI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __April 30, 2015__ 9:01 am

_____
*Judge's signature*

City and state: _____McAllen, Texas_____

Peter E. Ormsby, U.S. Magistrate Judge
_____
*Printed name and title*

## Attachment "A"

On April 29, 2015, at approximately 1839 hours, a black Chevrolet Malibu displaying Texas license plate CJZ3503 arrived at the Hidalgo, Texas Port of Entry (POE). The driver and sole occupant was identified as Saul LICEA. LICEA gave a negative declaration and was released from primary inspection. U.S. Customs and Border Protection (CBP) Canine Officers were conducting post-primary operations and selected LICEA for inspection. A narcotic detector dog alerted to the rear bumper of the Malibu. The Malibu was referred to secondary for further inspection.

In secondary, the Malibu was referred for gamma-ray inspection, resulting in anomalies discovered in the vehicle. Further inspection revealed 16 bundles of a white powdery substance that field tested positive for the properties of cocaine concealed in the rear bumper. The total weight of the cocaine was 19.92 kilograms.

At approximately 1945 hours, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations, McAllen, Texas (HSI McAllen) Special Agent (SA) N. Stoltz arrived at the POE to conduct an interview and initiate an investigation.

SA Stoltz and U.S. Customs and Border Protection Officer (CBPO) J. Sandoval conducted an interview with LICEA in the Spanish language. LICEA was advised of his Miranda rights in the Spanish language. LICEA acknowledged that he understood his Miranda rights and agreed to waive them orally and in writing. LICEA was instructed by an individual known only as "Coach" to drive his Malibu into Mexico and turn it over to an unknown individual. This individual would have possession of LICEA's Malibu between 15 minutes and two hours before returning it to him. LICEA was instructed to contact "Coach" when he returned to the U.S. with his Malibu. At that point "Coach" would meet up with LICEA and take possession of his Malibu for approximately 40 minutes before returning it to him. LICEA had crossed his Malibu in this manner for "Coach" between four (4) to six (6) times. LICEA has lived near the border the majority of his life and knows that narcotics are smuggled from Mexico into the U.S. and that firearms and currency are smuggled from the U.S. into Mexico. LICEA thought they were putting something, possibly currency, in his Malibu while it was in the unknown individual's possession in Mexico. Prior to driving the Malibu back into the U.S. each of the four (4) to six (6) times, LICEA would search it, just like the CBP Officers would. LICEA stated he would check under the hood, in the trunk, he would knock on the doors and tap the tires. LICEA stated he was searching his Malibu for narcotics or firearms.

SA Stoltz contacted Assistant United States Attorney (AUSA) K. Leo and informed her of the facts regarding the case. AUSA Leo advised that federal prosecution would be accepted on LICEA.